BK1300764
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

IN RE:

Mark J Nicodemus
Sheri L Nicodemus

Debtors

Case No. 13-50640

Chapter 7
Judge Hoffman Jr.

**NOTICE OF PROPOSED
ABANDONMENT OF PROPERTY
(PROPERTY LOCATED AT 350
SHERYL DRIVE,  PICKERINGTON, OH
43147)**

        Please be advised that JPMorgan Chase Bank, N.A. successor by merger to Chase Home
Finance, LLC successor by merger to Chase Manhattan Mortgage Corporation fka Chemical
Residential Mortgage Corporation  has requested the Trustee to abandon certain real estate as
described below:

Property Address:        350 Sheryl Drive,   Pickerington, OH 43147 – See Legal Description
                         attached hereto as Exhibit "A"

Debt Owed Creditor:      $97,695.83 plus interest at 4.0%

Additional Liens:        A lien to Bay City Investments for approximately 16,380.44.
                         A lien to State of Ohio Department of Taxation for approximately
                         1,026.53.
                         A lien to Arrow Financial Services Llc for approximately 2,549.61.
                         A lien to Capital One Bank USA, N.A. for approximately 961.28.
Fair Market Value:       $120,600.00

        You are notified that unless a written objection is filed with the Court and served on the

1

undersigned within twenty-one (21) days stating a colorable basis for said objection, the Trustee may abandon the described real estate.

/s/ Steven H Patterson, Case Attorney
Bar Registration #0073452
Amy D. Vogel, Esq., Attorney
Bar Registration No. 0075169
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax

DATED AND MAILED: June 07, 2013

BK1300764
SJB

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

IN RE:

Mark J Nicodemus
Sheri L Nicodemus

                   Debtors

Case No. 13-50640

Chapter 7
Judge Hoffman Jr.

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED ABANDONMENT OF PROPERTY (PROPERTY LOCATED AT 350 SHERYL DRIVE, PICKERINGTON, OH 43147)**

The undersigned certifies that a copy of the attached Notice of Proposed Abandonment was served this date on the party whose name and address is listed below as and for NOTICE that the attached Notice of Proposed Abandonment of Property is being filed with the Court.  The undersigned will present to the Court a Trustee's Abandonment of Property abandoning the real estate unless, within twenty-one (21) days after this date, a written memorandum in opposition along with a request for a hearing is filed with the Court and served on the undersigned.

DATED:  June 07, 2013

/s/ Steven H Patterson, Case Attorney
Bar Registration #0073452
Amy D. Vogel, Esq., Attorney
Bar Registration No. 0075169
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext 3373
(513) 354-6464 fax

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Proposed Abandonment of Property and Certificate of Service of the Notice of Proposed Abandonment of Property of the secured creditor, JPMorgan Chase Bank, N.A. successor by merger to Chase Home Finance, LLC successor by merger to Chase Manhattan Mortgage Corporation fka Chemical Residential Mortgage Corporation , was electronically transmitted on or about June 07, 2013 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Scott R Needleman, Esq.
5300 E Main St
Suite 109
Columbus, OH 43213
j.ives@srneedleman.com

Jeffrey P. Norman, Trustee
One Columbus
10 West Broad Street, Suite 900
Columbus, OH 43215-3449
notices@ch13columbus.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

4

The undersigned certifies that a copy of the foregoing Notice of Proposed Abandonment of Property and Certificate of Service of the Notice of Proposed Abandonment of Property of the secured creditor, JPMorgan Chase Bank, N.A. successor by merger to Chase Home Finance, LLC successor by merger to Chase Manhattan Mortgage Corporation fka Chemical Residential Mortgage Corporation , was transmitted on or about June 07, 2013 via regular U.S. mail, postage pre-paid:

Mark J Nicodemus
350 Sheryl Drive
Pickerington, OH 43147

Sheri L Nicodemus
350 Sheryl Drive
Pickerington, OH 43147

Bay City Investments
P.O. Box 210924
Chula Vista, CA 91921-0924

State of Ohio Department of Taxation
150 East Gay Street, 21st floor
C/o Attorney General Revenue
Columbus, OH 43215

Arrow Financial Services Llc
5996 W. Touhy Avenue
Niles, IL 60714

Capital One Bank USA, N.A.
15000 Capital One Drive
Richmond, VA 23238-1119

Atlas Acquisitions LLC
294 Union St
Hackensack, NJ 07601

Ohio Department of Taxation
c/o Brian M Gianangeli
326 South High Street Annex, Ste. 201
Columbus, OH 43215

/s/ Steven H Patterson, Case Attorney